**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ETHAN EUGENE DORSEY,** | * |
| Petitioner, | * |
| vs. | * CIVIL ACTION NO. |
| | * 10-00362-CB-B |
| **GARY HETZEL**[1], | * |
| Respondents. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED** and, further, that a certificate of appealability is hereby **DENIED**.

**DONE** this **28th** day of **October**, 2013.

        s/*Charles R. Butler, Jr.*
        **SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] On March 23, 2012, Petitioner filed a Notice of Change of Address (Doc. 18), wherein he advised the Court of his transfer to Easterling Correctional Facility. Pursuant to Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts, the "officer having custody of the applicant shall be named as Respondent." Accordingly, the Court's substitution reflects Gary Hetzel, Warden of Easterling Correctional Facility, as the proper Respondent.